# SCHUBERT JONCKHEER & KOLBE LLP
## Attorneys at Law

Robert C. Schubert
Willem F. Jonckheer
Dustin L. Schubert

Noah M. Schubert
Kathryn Y. Schubert

Of Counsel
Miranda P. Kolbe

October 15, 2015

**VIA CM/ECF FILING**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St Rm 2260
New York, NY 10007

*Re: In Re Term Loan Lender Class Action Litigation, No. 1:15-cv-06002-GHW*

Dear Judge Woods:

We represent plaintiff Oakland Police and Fire Retirement System ("Oakland PFRS") in the above-captioned consolidated action. On August 13, 2015, the Court set an initial pretrial conference in this action for September 9, 2015. At the parties' request, the Court adjourned this pretrial conference to October 19, 2015.

We write on behalf of plaintiffs Oakland PFRS and Employees' Retirement System of the City of Montgomery ("Montgomery") (together, "Plaintiffs"), to request a two-week adjournment of the joint conference to November 2, 2015 (or to a later date that would be convenient for the Court). Counsel for Plaintiffs conferred with counsel for defendants JPMorgan Chase Bank, N.A. and Simpson Thacher & Bartlett LLP (together, "Defendants") in this action, and Defendants consent to this request for adjournment and the proposed alternative date of November 2, 2015.

As required by the Court's August 28, 2015 order, the parties filed their pre-conference joint letter and proposed case management plan on October 12, 2015. The parties also negotiated and submitted a stipulation consolidating the cases and accepting service on October 5, 2015. Following a teleconference with the Court on October 6, 2015, the parties submitted a revised stipulation on October 9, 2015, which the Court ordered with modifications on October 13, 2015.

Plaintiffs submit this second request for adjournment in light of an unforeseen scheduling issue related to a confidential matter. Plaintiffs do not anticipate that it will affect any other currently scheduled dates.

We are available to answer any questions the Court may have regarding this request.

Respectfully,

*[signature]*

Noah M. Schubert
SCHUBERT JONCKHEER & KOLBE LLP


cc:     Counsel of Record (via CM/ECF)
        Edward F. Haber, Shapiro Haber & Urmy LLP, Attorneys for Montgomery (via email)
        Mark Wolinsky, Wachtell Lipton Rosen & Katz, Attorneys for JPMorgan (via email)
        John M. Callagy, Kelley Drye & Warren LLP, Attorneys for JPMorgan (via email)
        John K. Villa, Williams & Connoly LLP, Attorneys for Simpson Thacher (via email)