USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2015

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re Term Loan Lender Class Action Litigation** | |
| This Document Relates To: | No. 1:15-cv-06002-GHW |
| **All Actions** | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Oakland Police and Fire

Retirement System and The Employees' Retirement System of the City of Montgomery hereby

voluntarily dismiss the above-captioned action without prejudice.

DATED: October 28, 2015                    **SCHUBERT JONCKHEER & KOLBE LLP**

BY: _____
             NOAH M. SCHUBERT

Noah M. Schubert
*rschubert@schubertlawfirm.com*

Three Embarcadero Ctr Ste 1650
San Francisco, CA 94111-4018
Ph: 415-788-4220
Fx: 415-788-0161

*Attorneys for Oakland Police
and Fire Retirement System*

SHAPIRO HABER & URMY LLP

BY: _____

Thomas V. Urmy, Jr.

Thomas V. Urmy, Jr
*turmy@shulaw.com*

Seaport East
2 Seaport Lane
Boston, MA 02109
Ph: 617-439-3939
Fx: 617-439-0134

*Attorneys for The Employees' Retirement
System of the City of Montgomery*

The plaintiffs have filed a notice of dismissal of this action under Rule 41(a)(1)(A)(i).
The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 30, 2015          _____
New York, New York                    GREGORY H. WOODS
                                      United States District Judge

2